**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01003

RK MECHANICAL, INC.; THE UNITED STATES FOR THE USE OF RK MECHANICAL, INC.,

        Plaintiff,

v.

CENTERRE CONSTRUCTION, INC.; MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC; BERKLEY REGIONAL INSURANCE COMPANY; BERKLEY SURETY GROUP, LLC,

        Defendants.

_____

**ORDER**
_____

Pursuant to the agreement of the parties and the authority granted this court under Federal Rule of Civil Procedure 6(b)(1)(B) it is hereby ordered that Defendants' time to file Answers or other responsive pleadings is extended by sixteen (16) days to no later than July 29, 2015.

    **IT IS SO ORDERED.**

                            _____
                            J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01003

RK MECHANICAL, INC.; THE UNITED STATES FOR THE USE OF RK MECHANICAL, INC.,

        Plaintiff,

v.

CENTERRE CONSTRUCTION, INC.; MATSUO ENGINEERING CENTERRE CONSTRUCTION A JOINT VENTURE, LLC; BERKLEY REGIONAL INSURANCE COMPANY; BERKLEY SURETY GROUP, LLC,

        Defendants.

_____

**JOINT MOTION FOR EXTENSION OF TIME TO**
**FILE RESPONSIVE PLEADINGS**

_____

Plaintiff, RK Mechanical, Inc. ("Plaintiff"), and Defendants, Centerre Construction, Inc., Matsuo Engineering Centerre Construction a Joint Venture, LLC, Berkley Regional Insurance Company, and Berkley Surety Group, LLC (hereinafter "Defendants"), by and through the undersigned counsel, hereby respectfully move for a sixteen (16) day extension of time for the Defendants to submit their responsive pleadings to Plaintiff's Complaint, up to and including July 29, 2015.

Pursuant to F.R.Civ.P. 12(a)(4), Defendants were initially required to file their Answer or other responsive pleading no later than July 13, 2015. The parties stipulate to an extension of time to no later than July 29, 2015 to file the Defendants' Answers.

The parties are engaged in ongoing negotiations regarding the potential use of alternative dispute resolution procedures in this dispute.  Consequently, the filing of responsive pleadings at this time may be counterproductive.  Extending the date for filing of the Defendants' Answers will allow these negotiations to continue without distraction, and an extension will not prejudice either party.

For these reasons, the parties' respectfully ask for entry of an order extending the date for Defendants to file their Answers or other responsive pleading to July 29, 2015.

Dated:  July 15, 2015

Respectfully submitted,

/s/ Edward T. DeLisle
Edward T. DeLisle, Esquire
Cohen Seglias Pallas
Greenhall & Furman, PC
30 South 17th Street, 19th Floor
Philadelphia, PA  19103
Telephone:  (215) 564-1700
Facsimile:  (215) 564-3066
edelisle@cohenseglias.com
Attorney for Defendants,
Centerre Construction, Inc., Matsuo
Engineering Centerre Construction a Joint
Venture, LLC, Berkley Regional Insurance
Company, and Berkley Surety Group, LLC

/s/ Buck S. Beltzer
Buck S. Beltzer, P.E., Esquire
Beltzer, LLC
P.O. Box 202396
Denver, CO  80220
Telephone:  (720) 277-2113
buck@beltzerllc.com
Attorney for Plaintiff,
RK Mechanical, Inc.

2

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, a true and correct copy of the foregoing Joint Motion was filed with the Clerk of the U.S. District Court for the District Court of Colorado using the CM/ECF system, which will send an email notification of this filing to the following individuals:

Buck S. Beltzer, P.E., Esquire
Beltzer, LLC
P.O. Box 202396
Denver, CO 80220
Telephone: (720) 277-2113
buck@beltzerllc.com
*Attorney for Plaintiff,*
*RK Mechanical, Inc.*

Respectfully submitted,

/s/ Edward T. DeLisle
Edward T. DeLisle, Esquire
Cohen Seglias Pallas
Greenhall & Furman, PC
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Telephone: (215) 564-1700
Facsimile: (215) 564-3066
edelisle@cohenseglias.com
*Attorney for Defendants,*
*Centerre Construction, Inc., Matsuo Engineering*
*Centerre Construction a Joint Venture, LLC,*
*Berkley Regional Insurance Company, and Berkley*
*Surety Group, LLC*