# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                December 11, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

Civil Action No. 15-cv-01003-RPM                 Counsel:

RK MECHANICAL, INC., and                         Buck Beltzer
THE UNITED STATES FOR THE USE OF
RK MECHANICAL, INC.,

     Plaintiffs,

v.

CENTERRE CONSTRUCTION, INC.,                     Edward DeLisle
MATSUO ENGINEERING CENTERRE
CONSTRUCTION A JOINT VENTURE,
LLC,
BERKLEY REGIONAL INSURANCE
COMPANY, and
BERKLEY SURETY GROUP, LLC,

     Defendants.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**2:23 p.m.   Court in session.**

2:25 p.m.   Mr. Beltzer answers questions regarding claims, plaintiffs' contention as to the root cause of the construction delays, and mediation.

2:31 p.m.   Mr. DeLisle answers questions regarding claims, a case pending in the Court of Federal Claims, the claim against Centerre being arbitrated, and mediation.

2:39 p.m.   Mr. Beltzer responds and answers questions regarding discovery related to arbitration.

2:44 p.m.        Mr. DeLisle responds and answers questions regarding arbitration.

**ORDERED:**   Defendants' Motion to Dismiss, or in the Alternative, Stay, Plaintiffs' Claims Pending Completion of Alternative Dispute Resolution Procedures (Doc. No. 18) is **DEEMED MOOT**, as a motion to dismiss the amended complaint was filed.

**ORDERED:**   Defendants' Motion to Dismiss the Amended Complaint, or in the Alternative, Stay, Plaintiffs' Claims Pending Completion of Alternative Dispute Resolution Procedures (Doc. No. 22) is **DENIED**.

**ORDERED:**   Parties shall proceed with arbitration. The remainder of the case is stayed. A formal order to enter.

**2:46 p.m.        Court in recess.**

Hearing concluded.  Total time:  23 minutes.